# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: October 12, 2022  
Index # 1:22-cv-08644-ALC

*Emilio Melchor Ruiz, et al.* — Plaintiff

against

*Eisen & Son, Inc., et al.* — Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY   SS.:

JAMES PERONE, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on October 26, 2022, at 11:00 AM, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action with Notice of Intention to Enforce Shareholder Liability for Services Rendered and Complaint on Eisen & Son, Inc. d/b/a Lasagna Chelsea Restaurant, the Defendant in this action, by delivering to and leaving with Sue Zouky, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: 55-60   Approx. Wt: 125lbs   Approx. Ht: 5'1  
Color of skin: White   Hair color: Red/Blonde   Sex: Female   Other:

Sworn to before me on this  
26th day of October 2022

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2026

JAMES PERONE  
**Attny's File No.**  
Invoice·Work Order # S1884052

*Servico, Inc., P.O. Box 871, Albany, NY 12201*