UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EMILIO MELCHOR RUIZ, GRACIELA
HERNANDEZ LOPEZ, LETICIA LUIS ANTONIO,
and PABLO MORALES, *individually and on behalf of
others similarly situated*,

Docket No. **1:22-cv-04108-ARR-SJB**

*Plaintiffs*,

-against-

**[Proposed Form Of]
JUDGMENT**

EISEN & SON, INC. (D/B/A LASAGNA CHELSEA
RESTAURANT), and VADIM HONIG,

*Defendants.*

-------------------------------------------------------------X

## JUDGMENT

On _____ Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, EMILIO MELCHOR RUIZ, GRACIELA HERNANDEZ LOPEZ, LETICIA LUIS ANTONIO, and PABLO MORALES, have judgment against EISEN & SON, INC. (D/B/A LASAGNA CHELSEA RESTAURANT), and VADIM HONIG, jointly and severally, in the amount of Forty Thousand Dollars and Zero Cents ($40,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

_____
JENNIFER H. REARDEN
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK