UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

EMILIO MELCHOR RUIZ, GRACIELA
HERNANDEZ LOPEZ, LETICIA LUIS ANTONIO,
and PABLO MORALES, *individually and on behalf of others similarly situated,*

                       *Plaintiffs*,

      -against-

EISEN & SON, INC. (D/B/A LASAGNA CHELSEA RESTAURANT), and VADIM HONIG,

                       *Defendants.*

Docket No. **1:22-cv-08644-JHR**

**[Proposed Form Of]
JUDGMENT**

-------------------------------------------------------------X

## JUDGMENT

On _____ Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, EMILIO MELCHOR RUIZ, GRACIELA HERNANDEZ LOPEZ, LETICIA LUIS ANTONIO, and PABLO MORALES, have judgment against EISEN & SON, INC. (D/B/A LASAGNA CHELSEA RESTAURANT), and VADIM HONIG, jointly and severally, in the amount of Forty Thousand Dollars and Zero Cents ($40,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

                                                      _____
                                                      JENNIFER H. REARDEN
                                                      UNITED STATES DISTRICT COURT JUDGE
                                                      SOUTHERN DISTRICT OF NEW YORK