**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

EMILIO MELCHOR RUIZ, GRACIELA HERNANDEZ LOPEZ, LETICIA LUIS ANTONIO, and PABLO MORALES, *individually and on behalf of others similarly situated,*

      *Plaintiffs,*

 -against-

EISEN & SON, INC. (D/B/A LASAGNA CHELSEA RESTAURANT), and VADIM HONIG,

      *Defendants.*

------------------------------------------------------------X

Docket No. **1:22-cv-08644-JHR**

[Proposed Form Of]
**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2023

## JUDGMENT

On July 13, 2023 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, EMILIO MELCHOR RUIZ, GRACIELA HERNANDEZ LOPEZ, LETICIA LUIS ANTONIO, and PABLO MORALES, have judgment against EISEN & SON, INC. (D/B/A LASAGNA CHELSEA RESTAURANT), and VADIM HONIG, jointly and severally, in the amount of Forty Thousand Dollars and Zero Cents ($40,000.00), which is inclusive of attorneys' fees and costs.

Dated:  July 17, 2023

             _____
             JENNIFER H. REARDEN
             UNITED STATES DISTRICT COURT JUDGE
             SOUTHERN DISTRICT OF NEW YORK